# In the United States Court of Federal Claims

VICKY STEVE PARKER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 21-cv-1551

Filed: August 5, 2021

**ORDER**

On July 6, 2021, Plaintiff, proceeding *pro se*, filed this civil action in the United States Court of Federal Claims. *See* ECF No. 1. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* (IFP). *See* 28 U.S.C. §§ 1914, 1915; RCFC 77.1(c); Claims Court Fees Schedule, *available at* http://www.uscourts.gov/services-forms/fees/us-court-federal-claims-fee-schedule.

Plaintiff filed his complaint without paying the requisite filing fee or submitting a completed IFP application. *See* ECF No. 1. On July 13, 2021, this Court ordered Plaintiff to either pay the filing fee or submit the IFP application by August 3, 2021, or the action would be dismissed without prejudice for failure to prosecute under Rule 41 of Rules of the United States Court of Federal Claims. *See* ECF No. 6. To date, Plaintiff has not paid the fees or filed an IFP application. For these reasons, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

s/ Eleni M. Roumel
ELENI M. ROUMEL
Judge